CNA# 1:25CV01313 TNM

ccn# 25050038

From: Brahim BB (bbbrahim250@yahoo.com)
To: marcus.watson@dc.gov
Date: Wednesday, April 9, 2025 at 08:44 PM PDT

*the lease was signed under the camera of the lobby - I am supposed to Access the unit April 6th*

Good evening,

I am following up on my police report and informing you that I have also filed a civil case against Ms. Sandra Jaldin and her daughter for attacking me, nocking me down on the ground from behind and stealing a legally signed lease document of 2 years' worth over 56,000$ in an installment of 2.250$/month with promissory note first right to purchase the unit afterwards as she planned to sell within that time frame. I submitted a copy of your card you gave me with my court filing.

Now that all this happen, I realized I did not verify if she has a clear title ownership of the Unit, she asked for app-transfer to her account, and I said the first month has to be a cashier check when it is cleared then a mobile-app-transfer, and I will not be transferring any money outside the US as she also claimed she is leaving to south America where she lives now but her kids live in the US.

Brahim
202 381 4255



RECEIVED APR 10 2025 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Notes: 58  1658  126 362  178/116  99%  93#2

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, DC
Marcus Watson
OFFICER
Badge #2736
marcus.watson@dc.gov
CCN # 25 050 038
DISTRICT/UNIT:
Policing with Purpose. Serving with Care.
CONNECT WITH US
DCPolice
dcpolicedept
dcpolicedept
OfficialDCPolice
www.mpdc.dc.gov

Police report filed...

From: Brahim BB (bbbrahim250@yahoo.com)
To: sandrajaldin@hotmail.com
Cc: bbbrahim250@yahoo.com
Date: Sunday, April 6, 2025 at 04:12 PM PDT



*breach of lease contract - I am in a hotel 130$/nyt*

**To: Ms. Sandra : A police report has been filed, and I am scheduled to move in tonight, April 6th, in accordance with the signed contract.**

You are hereby formally demanded to immediately return the signed 2 years lease contract locate dt a1519 S. George Mason UNIT 22, you unlawfully seized from my possession. The contract was forcibly taken from my hand from behind twisting physically my arm in which you approached and attacked me from behind before fleeing the scene prior to law enforcement's arrival. This act constitutes theft and assault under applicable criminal statutes.

Furthermore, your daughter physically assaulted me by seizing me by the neck and violently throwing me to the ground and getting on top of my back. I am a 58-year-old man with documented cardiac and orthopedic medical conditions, and this assault represents a clear and serious violation of the law with potential criminal and civil liability.

Please be advised the signed contract remains legally binding unless and until formally voided through lawful judicial process.

I have communicated to you clearly that I am scheduled to relocate this evening. I am the sole provider for a household including three children. Your actions have materially interfered with these arrangements and are in direct breach of the contractual obligations we discussed.

The agreement required that I issue a cashier's check in the amount of $1,800 to your son—who personally showed me the unit earlier today—and that all deposits be placed into a properly designated escrow account located in Arlington, Virginia. Any attempt to reroute funds to unauthorized accounts, including those outside the United States e.g., Bolivia as you insisted after we left the office under camera, is not only a breach of contract but may also constitute financial misconduct.

This matter is being documented and may be referred to the appropriate legal authorities if immediate corrective action is not taken. You are urged to return the signed contract and cease any further unlawful interference.

Sincerely,
**Brahim Boumakh**

202 381 4255

*E-notice by email*

## Please find the filing with US District Court E_service

From: Brahim BB (bbbrahim250@yahoo.com)
To: sandrajaldin@hotmail.com
Date: Monday, April 7, 2025 at 10:32 AM PDT


Ms. Sandra, please take a look at the lawsuit...you may need to find a lawyer!
Brahim

 surmmon_Sandra_Jaldin_US_district_court.jpg
260.5kB

 Police_Report_04_06_2025.jpg
303.8kB

 surmmon_Nadia_jaldin_2025.jpg
300kB

 1AAA2_DC_Boumakh_VS_Sandra_April06_2025.pdf
1.1MB

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Boumakh, et al
_____
Plaintiff(s)

v.    Case No. 1:25-cv-01031-TNM

Nadia Jeldiu
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Nadia Jeldiu
307 K Street NW Washington DC 2001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Belhim Boumakh
1405 S Fern Street #557
Arlington, VA 22202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/7/2025

_Ma Ursula Masagca_
*Signature of Clerk or Deputy Clerk*

)
__Boumakh_____ )
           Plaintiff(s)     )
                            )   1:25-cv-01031-TNM
       v.                   )
                            )
__Sandra Jaldin_____ )
           Defendant(s)    )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Sandra Jaldin
307 K street NW Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brelin Boumakh
1405 S. Fern Street #557
Arlington, VA 22202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/7/2025

_Ma Ursula Masagca_
Signature of Clerk or Deputy Clerk